**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00573-CV

### NORDSTROM INC., THOMAS ZAROBAN, JR., AND LAUREN GALE, Appellants

### V.

### GOLPAR SIAMAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PARNAZ M. CHEKINI, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00690-D**

## ORDER

In accordance with our June 12, 2019 order, appellants have filed a status report informing the Court they mediated the case on June 27, 2019 and requesting the appeal be stayed thirty days to allow them an opportunity to finalize the matter.

We **GRANT** the request to the extent we **ORDER** appellants to file, no later than August 8, 2019, either a motion to dismiss the appeal or another status report.

/s/     KEN MOLBERG
        JUSTICE